No. —, original. Ex PARTE RAILROAD COMMISSION OF TEXAS ET AL. April 29, 1940. Motion for leave to file a petition for a writ of mandamus denied.

No. 552. MURRAY, RECEIVER, ET AL. *v.* CITY OF NEW YORK ET AL.; and

No. 558. ROBERTS, RECEIVER, *v.* MURRAY, RECEIVER, ET AL. April 29, 1940. The motion further to defer consideration of the petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit is granted and consideration is deferred until October 7 next. The CHIEF JUSTICE took no part in the consideration and decision of this application. Reported below: 103 F. 2d 889.

No. 915. SOUTHERN SERVICE CO., LTD., *v.* COUNTY OF LOS ANGELES ET AL. May 6, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. (1) *Graham & Foster* v. *Goodcell,* 282 U. S. 409, 429–430; *Eitel* v. *Toman,* 308 U. S. 505; *Sears, Roebuck & Co.* v. *Toman,* 308 U. S. 505. (2) *Ohio Oil Co.* v. *Conway,* 281 U. S. 146, 159; *Railroad Co.* v. *Commissioners,* 98 U. S. 541, 543–544; *Chesebrough* v. *United States,* 192 U. S. 253, 259–260. *Messrs. W. Sumner Holbrook, Jr., Karl D. Loos,* and *Preston B. Kavanagh* for appellant. *Mr. W. B. McKesson* for the County of Los Angeles; and *Messrs. Ray L. Chesebro* and *Leon Thomas David* for the City of Los Angeles, appellees.